**Norman L. STATON, Jr., Plaintiff–Appellant,**

v.

**INTERNAL REVENUE SERVICE; Virginia Department of Taxation, Defendants–Appellees.**

No. 02–2413.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 11, 2003.

Decided Feb. 20, 2003.

Norman L. Staton, Jr., Appellant Pro Se. Laurie Allyn Snyder, United States Department of Justice, Washington, D.C.; John P. Josephs, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINS, Chief Judge, and MICHAEL and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Norman L. Staton, Jr., appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) complaint for lack of subject matter jurisdiction pursuant to Fed.R.Civ.P. 12(b)(1). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Staton v. IRS*, No. CA–02–26–6 (W.D.Va. Oct. 3, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*